IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 12-cr-00163-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

1.      **LUIS CARLOS VALENZUELA-MEDINA,**
       **a/k/a Luis Valenzuela-Soria**,

       Defendant.

---

### SECOND UNOPPOSED MOTION FOR COMPETENCY EVALUATION
---

      Comes now the defendant, Luis Carlos Valenzuela-Medina, by and through his attorney, Virginia L. Grady, and moves this Court for an order authorizing a second, updated, psychiatric examination of the defendant by Dr. Karen Fukutaki, for the purpose of determining whether he suffers from a mental disease or defect, and to thereafter set a hearing to determine his competency to proceed, pursuant to 18 U.S.C. § 4241(a),(b) and (c), and 18 U.S.C. § 4247(b) and (c). In support thereof, counsel for Mr. Valenzuela-Medina submits the following grounds:

      1.     At a hearing before this Court on February 7, 2013, the parties agreed, at the Court's suggestion, that an updated evaluation of the defendant by a qualified psychiatrist should be conducted.

      2.     The parties have mutually agreed upon Dr. Karen Fukutaki. Dr. Fukutaki has advised undersigned counsel that she will accept the appointment.

3. Following transmittal of the report, counsel further request permission to jointly contact and schedule a competency hearing as soon as the Court determines is practicable.

4. Counsel will submit a proposed order to the Court.

        Respectfully submitted,

        RAYMOND P. MOORE
        Federal Public Defender


        s/ Virginia L. Grady
        VIRGINIA L. GRADY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Virginia.Grady@fd.org
        Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2013, I electronically filed the foregoing

**SECOND UNOPPOSED MOTION FOR COMPETENCY EVALUATION**

with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Haley E. Reynolds
    Assistant U.S. Attorney
    Email: hayley.reynolds@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

    Mr. Luis Carlos Valenzuela-Medina *(Via U.S. Mail)*

        s/ Virginia L. Grady
        VIRGINIA L. GRADY
        Assistant Federal Public Defender
        633 Seventeenth Street, Suite 1000
        Denver, Colorado 80202
        Telephone: (303) 294-7002
        FAX: (303) 294-1192
        Virginia.Grady@fd.org
        Attorney for Defendant