UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No. 12-cr-00163-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. LUIS CARLOS VALENZUELA-MEDINA, a/k/a Luis Valenzuela-Soria,

    Defendant.

---

## ORDER FOR COMPETENCY EVALUATION

---

This matter comes before the Court for consideration of the Unopposed Motion for Competency Evaluation (ECF Doc. No. 37) filed February 14, 2013, by counsel for the defendant. The government does not object to the motion.

The Court may order a competency hearing ". . . if there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense." 18 U.S.C. § 4241(a). "The Constitution forbids the trial of a defendant who lacks mental competency." *See Dusky v. United States*, 362 U.S.402 (1960). The test for competency to stand trial asks whether a defendant "'has sufficient present ability to consult with his lawyer with a reasonable degree of rational understanding-and whether he has a rational as well as factual understanding of the proceedings against him.'" *United States v. Mackovich*, 209 F.3d 1227, 1232 (10th Cir. 2000) (quotations omitted);

see also *Drope v. Missouri*, 420 U.S. 162, 171 (1975) ("It has long been accepted that a person whose mental condition is such that he lacks the capacity to understand the nature and object of the proceedings against him, to consult with counsel, and to assist in preparing his defense may not be subjected to a trial."). *Accord United States v. Deshazer*, 554 F.3d 1281, 1286 (10th Cir. 2009).

Based on the grounds stated in the Defendant's unopposed motion and at the status conference in this case on February 7, 2013, the Court finds and concludes that reasonable cause exists under 18 U.S.C. § 4241(a). Accordingly, it is

ORDERED that the Unopposed Motion For Competency Evaluation (ECF Doc. No. 37) filed February 14, 2013, is **GRANTED.** It is

FURTHER ORDERED that pursuant to 18 U.S.C. § 4241(a), a hearing to determine the competency of the defendant shall be conducted, if and when necessary, to be set at a later date. Any competency hearing shall be conducted pursuant to the provisions of 18 U.S.C. § 4247(d). It is

FURTHER ORDERED that prior to the competency hearing and pursuant to the provisions of 18 U.S.C. § 4247(b), a psychiatric examination shall be conducted by Dr. Karen Fukutaki. It is

FURTHER ORDERED that Dr. Fukutaki and a Spanish interpreter shall be granted reasonable access to the defendant to facilitate the psychiatric or psychological examination and to implement the orders of this court. It is

FURTHER ORDERED that pursuant to the provisions of 18 U.S.C. § 4247(c), at the conclusion of the psychiatric examination of the defendant, a report shall be

prepared by Dr. Fukutaki and shall be filed with the court, with copies to counsel for the government and the defendant. The report shall comply with the provisions of 18 U.S.C. § 4247(c)(1)-(4).

Dated: February 14, 2013.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE